# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| In re:<br>ADAM FRANK WILLIAMS<br>AMANDA STACEY WILLIAMS<br>Debtor(s) | Case No. R11-41753-MGD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/23/2011.

2) The plan was confirmed on 08/25/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/08/2013.

5) The case was dismissed on 03/14/2013.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $19,503.11 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $19,503.11

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,975.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $914.47 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,889.47

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | Secured | NA | 29,968.72 | 29,968.72 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Secured | 29,954.00 | 29,954.00 | 29,954.00 | 11,500.77 | 0.00 |
| COLLECTION SERVICE AGENCY | Unsecured | 495.00 | 495.00 | 495.00 | 0.00 | 0.00 |
| KUBOTA CREDIT CORP | Secured | 8,099.00 | 7,954.60 | 4,000.00 | 2,011.80 | 260.59 |
| KUBOTA CREDIT CORP | Unsecured | NA | 0.00 | 3,954.60 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 120.00 | 120.61 | 120.61 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 572.00 | 572.15 | 572.15 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Unsecured | 1,108.00 | 1,108.53 | 1,108.53 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 992.00 | 992.00 | 992.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 2,054.00 | 2,277.00 | 2,277.00 | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 21,557.00 | 7,944.08 | 7,944.08 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 5,885.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 372.23 | NA | NA | 0.00 | 0.00 |
| VANDERBILT MORTGAGE AND FINA | Secured | 2,400.00 | 2,490.60 | 2,490.60 | 227.76 | 0.00 |
| VERIZON WIRELESS | Unsecured | 103.70 | 103.70 | 103.70 | 0.00 | 0.00 |
| W.S. BADCOCK | Secured | 1,354.65 | 3,285.67 | 3,285.67 | 325.41 | 287.31 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,490.60 | $227.76 | $0.00 |
| Debt Secured by Vehicle | $59,922.72 | $11,500.77 | $0.00 |
| All Other Secured | $7,285.67 | $2,337.21 | $547.90 |
| **TOTAL SECURED:** | **$69,698.99** | **$14,065.74** | **$547.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,567.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $4,889.47 |
| Disbursements to Creditors | $14,613.64 |
| **TOTAL DISBURSEMENTS:** | **$19,503.11** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/22/2013                By: /s/ Mary Ida Townson
                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: ) CHAPTER 13
ADAM FRANK WILLIAMS )
AMANDA STACEY WILLIAMS ) CASE NO. R11-41753-MGD
 )
DEBTORS )

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   ADAM FRANK WILLIAMS
   387 BOOGER BRANCH RD
   CRANDALL, GA  30711-6240


   AMANDA STACEY WILLIAMS
   387 BOOGER BRANCH RD
   CRANDALL, GA  30711-6240


   CHRIS RAMPLEY, ATTY.
   P.O. BOX 927
   Rome, GA  30162


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  04/22/2013                                    /S/
                                                  Mary Ida Townson, Chapter 13 Trustee
                                                  State Bar No. 715063
                                                  100 Peachtree Street, Suite 2700
                                                  Atlanta, GA 30303
                                                  (404) 525-1110
                                                  maryidat@atlch13tt.com


**UST Form 101-13-FR-S (9/1/2009)**